# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

FRANCIS V. GADZIK
4620 STEIN AVE
MADISON, WI 53714

(Full name of plaintiff(s))

vs

DOLLAR THRIFTY GROUP
4000 INTERNATIONAL LANE
MADISON, WI 53704

(Full name of defendant(s))

Case Number: **09 C 434 C**
(Supplied by clerk)

c/o MICHAEL HOLDGRAFER
DOLLAR THRIFTY AUTOMOTIVE GROUP
P.O. BOX 35985
TULSA, OK 74153-0985

## COMPLAINT

### A. JURISDICTION

1. FRANCIS V. GADZIK (Plaintiff), resides at 4620 STEIN AVE (Address), at MADISON, WI 53714 (City, State)

2. Defendant DOLLAR THRIFTY AUTOMOTIVE GROUP (Name of First Defendant) is employed as 4000 INTERNATIONAL LANE (Position and Title, if any) at MADISON, WI 53704 (Address)

3. Defendant _____ (Name of Second Defendant) is employed as _____ (Position and Title, if any) at _____ (Address)

(WDWI rev. 4/87)

## B. CAUSE OF ACTION

On the space provided on the following pages, tell what specific incidents or conversations occurred which led you to believe your constitutional or federal rights have been or are presently being violated. IT IS IMPORTANT THAT THE ALLEGATIONS BE BRIEF, BUT SPECIFIC. Do not cite legal authorities, such as earlier court decisions or laws enacted by the legislature or Congress, to support your lawsuit at this early stage of your case.

On approximately 3/21/06 I made an formal oral complaint to Branch Manager Philip LePage that I had been sexually harrassed by female co-employee Helena Symes for approximately one and a half years. Following this complaint the harrassment ceased for two months. When the harassment resumed I began filing a series of written complaints. Concurrently Dollar Thrifty began writing me up for property damage incidents. When I would not withdraw my sexual harassment complaints they fired me for property damage.

I filed litigation with the State of Wisconsin photographically documenting approximately 70 incidents of property damage to the employers auto storage garage alone. For every collision with the garage there are approximately five auto-to-auto collisions. In proceedings before the Labor and Industry Review Commission I contended that no other employee (including ~~these~~ myself) had been ~~dis~~ disciplined for any of these incidents. At these hearings the defendant employer was

(WDWI rev. 4/07)

UNABLE TO PRODUCE EVIDENCE THAT ANY OTHER EMPLOYEE WAS EVER DISCIPLINED FOR PROPERTY DAMAGE.

On August 24, 2007 THE LABOR AND INDUSTRY REVIEW COMMISSION ISSUED A DECISION CONCLUDING THAT I THE EMPLOYEE WAS NOT FIRED FOR MISCONDUCT/PROPERTY DAMAGE, AND UNEMPLOYMENT INSURANCE BENEFITS WERE ALLOWED.

THE EMPLOYER HAD AN OPPORTUNITY TO APPEAL THIS DECISION TO A HIGHER LEVEL AND CHOSE NOT TO.

I THEN FILED A COMPLAINT WITH THE FOR SEXUAL HARASSMENT WITH THE U.S. EMPLOYMENT OPPORTUNITY COMMISSION. ON 4/16/09 THEY ISSUED A DECISION DENYING MY COMPLAINT AND ALLEGING THAT I WAS DISCHARGED FOR PROPERTY DAMAGE.

WHEN I RECEIVED THIS DECISION I PHONED THE EEOC INVESTIGATOR BARBARA STEVES. I ASKED HER IF SHE HAD OBTAINED A COPY OF THE LIRC DECISION AND IF SHE WERE AWARE THAT THEY HAD CONDUCTED AN INVESTIGATION WHICH INCLUDED TAKING SWORN TESTIMONY FROM THREE OF THE EMPLOYER'S MANAGERS. SHE SAID SHE HAD NOT AND WAS NOT. SHE ALSO SAID THAT THAT INFORMATION WOULD

(WDWI rev. 4/87)

WOULD NOT HAVE CHANGED HER DECISION. THIS CONDUCT BY THE EEOC IS IRRATIONAL, UNPROFESSIONAL, AND UNCOMPREHENSIBLE. AS SUCH, I APPEAL TO THE DISTRICT COURT TO OVERTURN THE EEOC DECISION AND AWARD ME WHATEVER BENEFITS AND COMPENSATION TO WHICH I MAY BE ENTITLED UNDER THE LAW. RESPECTFULLY SUBMITTED — Francis V Doyle 7/9/09

## C. REQUEST FOR RELIEF

1. I _Francis V. Gadzik_ request that I be allowed to commence this action without
   (do, do not)

   prepayment of fees and costs, or security therefor, pursuant to 28 U.S.C. §1915. The attached affidavit of indigency has been completed and is submitted in support of this request for leave to proceed in forma pauperis.

2. In the following space, please indicate exactly what it is you wish this court to do.

   I would like the District Court to overturn the decision of the EEOC and provide me with whatever compensation I may be do.

Dated this _09_ day of _July_, 20_09_.

_Francis V. Gadzik_
(Signature)

_4620 Stein Ave_
(Street or PO Box)

_Madison, WI 53714_
(City, State Zip Code)

(WDWI rev. 4/07)