IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FRANCIS VINCENT GADZIK,

                     Plaintiff,

    v.

DOLLAR THRIFTY AUTOMOTIVE GROUP,

                     Respondent.

ORDER

09-cv-434-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff has requested leave to proceed <u>in forma pauperis</u> in this civil action for money damages brought under Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991, 42 U.S.C. § 2000e. In his complaint, plaintiff alleges that defendant terminated him because he filed sexual harassment complaints.

      From the affidavit of indigency accompanying plaintiff's proposed complaint, I cannot determine whether plaintiff qualifies for indigent status. In the "other circumstances" section of the affidavit of indigency, plaintiff stated that he would be able to pay the filing fee in two weeks. However, more than two weeks have passed and he has not paid the filing fee. Further, the affidavit does not provide precise enough information from which I can determine whether he is indigent. In the section where it asks plaintiff to state his total

1

monthly income, he states it is between $1500 and $3000 a month. The court cannot determine his annual income based on this information. Plaintiff will have until August 24, 2009 to submit an amended affidavit of indigency that contains information from which I can determine his annual income.

## ORDER

IT IS ORDERED that a decision whether plaintiff Francis Vincent Gadzik may proceed in forma pauperis in this action is STAYED. Plaintiff may have until August 24, 2009, in which to amend his affidavit of indigency and return it to the court. If, by August 24, 2009, plaintiff fails to provide the requested financial information, I will deny his request for leave to proceed in forma pauperis for his failure to show that he is indigent.

Entered this 31st day of July, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge