IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FRANCIS VINCENT GADZIK,

    Plaintiff,

v.

DOLLAR THRIFTY AUTOMOTIVE
GROUP and DOLLAR THRIFTY GROUP,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-434-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case with prejudice.

_____    2/5/10
Peter Oppeneer, Clerk of Court    Date